

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2018

No. 04-17-00035-CV

Robert **MEDINA** and Christina Medina,
Appellants

v.

Timothy K. **BOWERS**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-11752
Honorable Michael E. Mery, Judge Presiding

# O R D E R

After this court provided notice that this appeal would be submitted without oral argument, appellants filed a motion asking the court to reconsider this decision. After review, we **DENY** appellant's "Motion Requesting Reconsideration to Allow Oral Argument." The appeal will be submitted on briefs as previously indicated in our February 28, 2018 notice letter.

Entered this 12th day of March, 2018.

**PER CURIAM**

ATTESTED TO:_____
Keith E. Hottle,
Clerk of Court

